# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## U.S. Probation Office

**Mark R. Grawe**
Chief U.S. Probation Officer

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

Reply to: Columbus Office

**May 17, 2021**

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-719-3101

Walter H. Rice Federal Building
and U. S. Courthouse
200 West Second Street, Room 702
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-512-1453

The Honorable James L. Graham
Senior United States District Court Judge
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

  RE: MONROE, Neal Grant V.
     Dkt. No.:  7:18CR00073D-001
     <u>Request for Modification and Transfer of Jurisdiction</u>

Your Honor:

On August 3, 2020, the above-named individual appeared for sentencing before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, after previously pleading to one count of Bank Fraud and Aiding and Abetting and one count of Aggravated Identify Theft.  Mr. Monroe was sentenced to a total of one (1) day imprisonment on both counts followed by a total term of 5 years supervised release on both counts.  Special conditions of supervision imposed by the Court included he participate in home confinement for a period of 12 months; participate in a substance abuse treatment program; consent to a warrantless search; submit to financial or consumer credit counseling; and pay restitution in the amount of $10,501.97.

Since Mr. Monroe is a resident of Columbus, Ohio, and has familial ties to the area, he has been supervised by the U.S. Probation Office in the Southern District of Ohio.  On May 14, 2021, a transfer of jurisdiction was initiated by the Eastern District of North Carolina to the Southern District of Ohio and signed by The Honorable James C. Dever III, U.S. District Court Judge.

Mr. Monroe commenced his term of home confinement on August 12, 2020, and has completed over nine (9) months of the original 12 months ordered.  Additionally, Mr. Monroe is employed full time as a server at a local restaurant and has made payments totaling $150.00 towards his financial obligation.

Considering Mr. Monroe has been compliant with the conditions of supervision, this officer recommends the Court accept the transfer of jurisdiction from the Eastern District of North Carolina and in conjunction, is requesting the Court modify the original conditions of supervised release by granting an early termination from the 12-month period of home confinement.

Should you have any questions, please feel free to contact me at (614) 719-3128.

Respectfully submitted,

_____
Lyman L. Brown Jr.
U.S. Probation Officer

Reviewed and approved,

_____
Sharita J. Hill
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

X   The Court concurs with the recommendation of the probation officer.

___  Other: _____

_____
Signature of Judicial Officer

5-19-2021
Date